Cite as 2025 Ark. 126

# SUPREME COURT OF ARKANSAS

|  |  |
|---|---|
| IN RE ARKANSAS SUPREME COURT COMMISSION ON CHILDREN, YOUTH, AND FAMILIES | **Opinion Delivered:** July 17, 2025 |

## PER CURIAM

Janet Mann, incoming Secretary, Arkansas Department of Human Services; and Circuit Judge Kathie Hess, First Judicial Circuit, of Forrest City, are appointed to the Arkansas Supreme Court Commission on Children, Youth, and Families. We thank them for their willingness to serve on this important commission.

The court expresses its gratitude to outgoing members Kristi Putnam, outgoing Secretary, Arkansas Department of Human Services; and Circuit Judge Teresa French, whose term has expired, for their years of valuable service to this commission.